UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Samantha Goulet,

                Plaintiff,        Case No. 21-11049

v.                                   Judith E. Levy
                                   United States District Judge

Trinity Health Corporation,

                                   Mag. Judge Kimberly G. Altman

                Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION [13]**

      Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation recommending the Court grant Defendant's motion for summary judgment (ECF No. 10). (ECF No. 13.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

      The Report and Recommendation (ECF No. 13) is ADOPTED;

      Defendant's motion for summary judgment (ECF No. 10) is GRANTED; and

This case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: December 22, 2021       s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 22, 2021.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).